# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA CLIFFORD,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ILLINOIS UNION INSURANCE COMPANY, et al.,<br><br>　　　　　　Defendants.<br>_____/ | <u>ORDER TO TRANSFER ACTION TO SACRAMENTO DIVISION</u><br><br>CASE NO. 1:10cv01267 OWW DLB |

　　　Proper venue of this action appears to be within the Sacramento division of this Court. Accordingly, this Court ORDERS that this action be transferred to the United States District Court for the Eastern District of California, Sacramento Division.

　　　IT IS SO ORDERED.

　　　Dated:　**July 29, 2010**　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE