Thomas G. Trost (SBN 151961)
Jason M. Sherman (SBN 232420)
SPROUL TROST LLP
3721 Douglas Boulevard, Suite 300
Roseville, California 95661
Telephone: (916) 783-6262
Facsimile: (916) 783-6252

Attorneys for Plaintiff Linda Clifford

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA CLIFFORD;<br><br>　　　　　　Plaintiff;<br><br>v.<br><br>ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 10, inclusive;<br><br>　　　　　　Defendants. | Case No. 2:10-CV-02024-LKK-JFM<br><br>**NOTICE OF SETTLEMENT AND DISMISSAL** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　　PLEASE TAKE NOTICE that Plaintiff, Linda Clifford, and Defendant, Illinois Union Insurance Company hereby notify the Court that the parties have executed a settlement agreement resolving this matter.

　　　　NOTICE IS HEREBY GIVEN that the parties stipulate to dismissal of this action with prejudice.

Dated: June 1, 2011　　　　　　　　　　　　**SPROUL TROST, LLP**


　　　　　　　　　　　　　　　　　　　　By:　　/s/ Thomas G. Trost
　　　　　　　　　　　　　　　　　　　　　　　Thomas G. Trost
　　　　　　　　　　　　　　　　　　　　　　　Jason M. Sherman
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Linda Clifford

---

Case No. 2:10-CV-02024-LKK-JFM

{00944789.DOC; 1}　　　　　　　　　　　　NOTICE OF SETTLEMENT

1 **IT IS SO ORDERED**.

DATED: June 3, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT